Stephon Manning- G053180
Name and Prisoner/Booking Number

Maricopa County 4th Ave Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _X_    LODGED ___
RECEIVED ___    COPY ___

JAN 1 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Stephon manning
(Full Name of Plaintiff)

Plaintiff,

v.

(1) County of Maricopa
(Full Name of Defendant)

(2) M.C.S.O. Acting Sheriff Russ Skinner

(3) Acting Jail Commander Ashley oslin

(4) M.C.S.O Detention officer Jane/John Doe 1-10

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV25-00078-PHX-ROS--JZB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Request for M.C.S.O Detention
Name Jane/Jane
Demand for Jury trial

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Maricopa County 4th Ave Jail

3.

Revised 12/1/20                                    1

**550/555**

**B.  DEFENDANTS**

1.    Name of first Defendant: *Maricopa County*_____. The first Defendant is employed
as: *Employer of Defendants 2, 3, 4* at *Maricopa county sheriffs office*.
      _____(Position and Title)_____                                  (Institution)

2.    Name of second Defendant: *Russ Skinner*_____. The second Defendant is employed as:
as: *Sheriff Individually, Entirety*_____ at *Maricopa county sheriff office*
      _____(Position and Title)_____                                  (Institution)

3.    Name of third Defendant: *Ashley Osolin*_____. The third Defendant is employed
as: *Acting Jail Commander*_____ at *Maricopa county 4th ave Jail*
      _____(Position and Title)_____                                  (Institution)

4.    Name of fourth Defendant: *Jane/John Doe*_____. The fourth Defendant is employed
as: *Jail officials/detention officers*_____ at *Maricopa county 4th ave Jail*
      _____(Position and Title)_____                                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.  PREVIOUS LAWSUITS**

1.    Have you filed any other lawsuits while you were a prisoner?        ☑Yes    ☐ No

2.    If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a.  First prior lawsuit:
       1.    Parties: *Stephon Manning*____ v. *County of Maricopa/MCSO*____
       2.    Court and case number: *USDC- CV-24-03358-PHX-ROS(JZB)*.
       3.    Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?) *still pending*
             _____

   b.  Second prior lawsuit:
       1.    Parties:_____v. _____
       2.    Court and case number:_____
       3.    Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
             _____

   c.  Third prior lawsuit:
       1.    Parties:_____v. _____
       2.    Court and case number:_____
       3.    Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
             _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

**D. CAUSE OF ACTION**

**COUNT I**

1. State the constitutional or other federal civil right that was violated: _8th Amendment_

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   - ☒ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: _refusal of shower_
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   we were on an override/lockdown for 3 days straight without showers. today we (12-9-24) we were suppose to get showers. we were told to "Bird Both" we are not getting showers by the floor officer, we still have not gotten showers today. Also have not been given cleaning supplies through the whole lockdown

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was treated inhumanly by recieving a shower. By wich left me dirty and at Risk of catching covid19 and other germs/viruses

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?                                    ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?                                    ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

3

## COUNT II

1.   State the constitutional or other federal civil right that was violated:  _____
_____

2.   **Count II.**  Identify the issue involved.  Check **only one**.   State additional issues in separate counts.

☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                             ☐ Yes      ☐ No
   2. Did you submit a request for administrative relief on Count II?        ☐ Yes      ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes      ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
   _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____

_____

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

    ☐ Basic necessities        ☐ Mail        ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    2. Did you submit a request for administrative relief on Count III?    ☐ Yes    ☐ No
    3. Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

_I'm Asking for 350,000 thousand dollar and for all Staff that took part in it to be subjected to displeary sAnctions_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-6-25_

DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

**MARICOPA COUNTY SHERIFF'S OFFICE**
**INMATE LEGAL SERVICES**

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **January 7, 2025** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____    **B6308**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

09/09/20