IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephon Manning,<br><br>　　　　Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>　　　　Defendants. | **NO. CV-25-00078-PHX-ROS (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 19, 2025, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 2, 2025

　　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　　By 　Deputy Clerk